# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLIE ANDERSON, JR.

VERSUS

ELITE CONCRETE PUMPERS, LLC

NO. 2021 CW 0898

**NOVEMBER 1, 2021**

---

In Re:   Charlie Anderson, Jr., applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 129020.

---

**BEFORE:   McCLENDON, WELCH, THERIOT, HOLDRIDGE, AND LANIER, JJ.**

    **WRIT GRANTED IN PART, WRIT DENIED IN PART.** We deny this writ application in part as we find that past workers' compensation benefits paid to the plaintiff, Charlie Anderson, Jr., are admissible under **Simmons v. Cornerstone Invs., LLC,** 2018-0735 (La. 5/8/19), 282 So.3d 199. We grant this writ in part to prohibit the disclosure to the jury of workers' compensation Medicare set aside, which we find inadmissible as it deals with future medical expenses.

**JEW**
**MRT**
**WIL**

    **Holdridge, J.,** concurs in part and dissents in part and would deny the writ application.

    **McClendon, J.,** dissents and would not consider the writ application for failure to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10). Relator, Charlie Anderson, Jr., failed to file a copy of the pertinent court minutes.

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
    FOR THE COURT